## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FAIRLIFE MILK PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 2909 |

### INTERESTED PARTY MARLENY OLIVO'S RESPONSE IN SUPPORT OF CENTRALIZATION AND TRANSFER TO THE NORTHERN DISTRICT OF GEORGIA

Plaintiff Marleny Olivo in the recently filed class action captioned *Olivo v. The Coca-Cola Company, et al.,* No. 2:19-cv-08302 (the "*Olivo* Action"), pending in the United States District Court for the Central District of California, hereby submits this Interested Party Response in Support of Centralization and Transfer to the Northern District of Georgia.

For the reasons set forth in Movant Eliana Salzhauer's Motion to Transfer (Dkt. No. 1), Plaintiff Olivo also supports centralization of the actions due to substantial number of cases brought against The Coca-Cola Company and Fairlife, LLC ("Defendants"), all of which challenge uniform conduct: Defendants' false and misleading marketing of Fairlife milk products as coming from humanely treated animals when they do not. Plaintiff Olivo also submits that the Northern District of Georgia is the most appropriate venue to transfer the centralized actions because that district has the necessary resources and experience to preside over this MDL, and is also the most convenient venue given that Coca Cola's headquarters are on Atlanta, Georgia, where most of the key witnesses and documents will be located.

For these reasons, Plaintiff Olivo respectfully requests that the Court grant Movant's Motion to Transfer, centralize the actions, and transfer them to the Northern District of Georgia.

Respectfully submitted,

Dated: September 25, 2019                    */s/ Benjamin Heikali*
                                                                Benjamin Heikali
                                                                **FARUQI & FARUQI, LLP**
                                                                10866 Wilshire Boulevard, Suite 1470
                                                                Los Angeles, CA 90024
                                                                Telephone: 424-256-2884
                                                                Facsimile: 424-256-2885

                                                                *Attorneys for Plaintiff Marleny Olivo*